Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEBORAH A. CARROLL, an individual;<br><br>Plaintiff,<br><br>v.<br><br>MEDICREDIT, INC., a foreign corporation;<br><br>Defendant. | Case No.: 2:20-cv-01728-KJD-EJY<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS OR STAY PLAINTIFF'S COMPLAINT**<br><br>**[Second Request]** |

Plaintiff, Deborah A. Carroll ("Plaintiff"), and Defendant, Medicredit, Inc., ("Medicredit") have agreed to extend the time for Plaintiff to file a Response to Medicredit's Motion to Dismiss or Stay Plaintiff's Complaint [ECF No. 5] ("Motion to Dismiss") to **November 24, 2020.** Medicredit filed its Motion to Dismiss on October 13, 2020 and the current response deadline is November 10, 2020.

The parties request this brief extension to permit them to discuss possible resolution of this matter. The extension will allow the parties to further explore settlement options without expending unnecessary attorneys' fees and costs.

///

///

///

///

///

This is the second request for an extension to respond to Medicredit's Motion to Dismiss and this request is made in good faith and not for the purpose of delay.

Dated: November 5, 2020

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: November 5, 2020

**SPENCER FANE LLP**

*/s/ Mary E. Bacon*_____
Mary E. Bacon, Esq.
Nevada Bar No. 12686
300 South 4th Street, Suite 950
Las Vegas, Nevada 89101
mbacon@spencerfane.com
*Attorney for Defendant Medicredit, Inc.*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: _11/10/2020_____