Mary E. Bacon (NV Bar No. 12686)
SPENCER FANE LLP
300 South Fourth Street, Suite 950
Las Vegas, Nevada 89101
Telephone: 702-408-3400
Facsimile: 702-408-3401
Email: mbacon@spencerfane.com
*Attorneys for Defendant Medicredit, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH A. CARROLL, an individual;<br><br>Plaintiff,<br><br>v.<br><br>MEDICREDIT, INC., a foreign corporation;<br><br>Defendant. | Case No.: 2:20-cv-01728-KJD-EJY<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS OR STAY PLAINTIFF'S COMPLAINT**<br><br>**[First Request]** |

Plaintiff, Deborah A. Carroll ("Plaintiff"), and Defendant, Medicredit, Inc., ("Medicredit") have agreed to extend the time for Defendant to file a Reply in Support of its Motion to Dismiss or Stay Plaintiff's Complaint [ECF No. 5] to **December 8, 2020.** Plaintiff filed its Opposition to Defendant's Motion to Dismiss on November 24, 2020 and the current response deadline is December 1, 2020.

The parties request this brief extension to accommodate the Thanksgiving holiday. The extension will allow Defendant and its counsel to enjoy the Thanksgiving holiday with their families.

///

///

///

///

///

///

///

This is the first request for an extension requesting time for Medicredit to file its Reply in Support of its Motion to Dismiss and this request is made in good faith and not for the purpose of delay.

Dated: November 25, 2020

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: November 25, 2020

**SPENCER FANE LLP**

*/s/ Mary E. Bacon*
Mary E. Bacon, Esq.
Nevada Bar No. 12686
300 South 4th Street, Suite 950
Las Vegas, Nevada 89101
mbacon@spencerfane.com
*Attorney for Defendant Medicredit, Inc.*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: __11/30/2020_____