Mary E. Bacon, Esq.
Nevada Bar No. 12686
Ryan C. Hardy, *pro hac vice*
**Spencer Fane LLP**
300 South 4th Street, Suite 950
Las Vegas, NV 89101
Tel: 702-408-3400
Fax: 702-408-3401
mbacon@spencerfane.com
rhardy@spencerfane.com
*Counsel to Medicredit, Inc.*

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH A. CARROLL, | Case No. 2:20-cv-01728 |
| Plaintiff, | **JOINT NOTICE OF PENDING SETTLEMENT** |
| v. | |
| MEDICREDIT, INC., | |
| Defendant. | |

Plaintiff Deborah A. Carroll and Defendant Medicredit, Inc., by and through their respective counsel of record, hereby submit their *Joint Notice of Pending Settlement*.

1. This lawsuit involves a dispute regarding alleged violations of the Fair Debt Collection Practices Act (the "FDCPA," 15 U.S.C. § 1692, *et seq.*) and the Telephone Consumer Practices Act (the "TCPA," 47 U.S.C. § 277, *et seq.*). The Court entered an initial Discovery Plan and Scheduling Order on December 2, 2020 [ECF No. 16] and orders extending certain deadlines on April 5, 2021 [ECF No. 31], June 22, 2021 [ECF No. 37], August 26, 2021 [ECF No. 39], October 7, 2021 [ECF 42], and December 17, 2021 [ECF No. 44].

2.  The parties have reached a settlement in principle, subject to documentation and performance.

3.  The deadline for the parties to submit their joint pre-trial order is currently May 30, 2022. The parties respectfully request that deadline, and all others, be tolled for a period of thirty days to permit the parties to complete their settlement.

WHEREFORE, the parties respectfully request that the Court enter an order tolling the remaining deadlines in this case for thirty days pending completion of their settlement, and that the Court enter such other or additional relief as the Court deems just and appropriate in the circumstances.

Dated this 19th day of April, 2022.

| | |
|---|---|
| **SPENCER FANE LLP** | **LAW OFFICE OF KEVIN L. HERNANDEZ** |
| /s/ Mary E. Bacon | /s/ Kevin L. Hernandez |
| Mary E. Bacon, Esq. | Kevin L. Hernandez, Esq. |
| Nevada Bar No. 12686 | Nevada Bar No. 12954 |
| Ryan C. Hardy, *pro hac vice* | 8920 W. Tropicana Ave., Suite 101 |
| 300 South 4th Street, Suite 950 | Las Vegas, NV 89147 |
| Las Vegas, NV 89101 | kevin@kevinhernandezlaw.com |
| Tel: 702-408-3400 | |
| Fax: 702-408-3401 | *Counsel to Plaintiff* |
| mbacon@spencerfane.com | |
| rhardy@spencerfane.com | |
| *Counsel to Medicredit, Inc.* | |

**IT IS SO ORDERED**

_____
UNITED STATES :

APRIL 27, 2022

2